DANIEL G. BOGDEN
United States Attorney
District of Nevada
KIMBERLY FRAYN
Assistant United States Attorney
333 Las Vegas Blvd. South
Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336/ Fax: (702) 388-6418

Attorneys for the Government

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 2:12-CR-00064-KJD-PAL |
| ) | |
| vs. ) | |
| ) | |
| CHAD CONNELLEY, *et al.* ) | MOTION TO UNSEAL CASE |
| ) | |
| Defendants. ) | |

      COMES NOW the United States of America by and through its attorneys, Daniel G. Bogden, United States Attorney for the District of Nevada, and Kimberly M. Frayn, Assistant United States Attorney, and hereby moves the Court to unseal the indictment and the unseal the case in this matter. Defendants Connelley and Ortez have been arraigned and have each entered pleas of Not Guilty. Trial in this matter is presently set for May 7, 2012.

      DATED this 17th of April, 2012.

      Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

/s/ Kimberly M. Frayn
KIMBERLY M. FRAYN
Assistant United States Attorney

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 2:12-CR-00064-KJD-PAL |
| ) | |
| vs. ) | |
| ) | |
| CHAD CONNELLEY, *et al.* ) | Certificate of Service |
| ) | |
| Defendants. ) | |

I, Kimberly M. Frayn, hereby certify that I am an employee of the Organized Crime Strike Force, United States Attorney's Office, District of Nevada, and that on April 17, 2012, a copy of the following:

GOVERNMENT'S MOTION TO UNSEAL

was electronically served on defense counsel of record by email.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

/s/ Kimberly M. Frayn
KIMBERLY M. FRAYN
Assistant United States Attorney

1

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-oOo-

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 2:12-CR-00064-KJD-PAL |
| vs. | ) | |
| | ) | O R D E R |
| CHAD CONNELLEY, *et al.* | ) | |
| Defendants. | ) | |

The Court, having considered the government's motion to unseal the indictment and to unseal the case in this matter, and good cause appearing therein, does order as follows:

The government's motion to unseal indictment and to unseal the case is hereby GRANTED.

IT IS THEREFORE ORDERED that the indictment and the case in this matter shall be unsealed.

DATED this 17th of April, 2012.

_____
The Honorable Kent J. Dawson

2